926

No. 11–8614. KENDRICK v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 11–8621. PATTERSON v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 11–8630. MIRANDA v. HOREL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–8633. RIZZO v. ROCK, SUPERINTENDENT, UPSTATE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 11–8634. RIVERA v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 11–8641. BATTISTE v. HEDGPETH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–8642. CHASE v. HEPTIG. Sup. Jud. Ct. Me. Certiorari denied.

No. 11–8644. CHUNG-JI DAI v. SALT LAKE CITY, UTAH. Ct. App. Utah. Certiorari denied.

No. 11–8645. ESTRELLO v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–8646. COLEMAN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–8657. HAMMONDS v. HARRISON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–8673. SWANN v. KANSAS. Ct. App. Kan. Certiorari denied.

No. 11–8679. MANTERIS v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY. C. A. 4th Cir. Certiorari denied.

No. 11–8697. WALLACE v. WOLFENBARGER, WARDEN. C. A. 6th Cir. Certiorari denied.